



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

MAUREEN PEYTON KING
SENIOR TRIAL COUNSEL
(212) 336-0111
KINGMP@SEC.GOV

October 25, 2018

**BY ECF and Email**

Hon. Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   <u>*SEC v. Kern*, 18-mc-479-AT</u>

Dear Judge Torres:

    By this letter, the Securities and Exchange Commission (the "Commission"), through its counsel, writes to inform the Court that we have been unable to serve the defendant John Kern in connection with the above referenced action. Attached to this letter as Exhibit 1 is a declaration by the process server documenting the repeated attempts to serve Mr. Kern. Upon information and belief, Mr. Kern is not in the United States. The Commission has not yet located Mr. Kern. Accordingly, we seek an extension of time to serve Mr. Kern until November 30, 2018. If by that time we have been unable to serve Mr. Kern, we will report back to the Court and propose next steps to serve Mr. Kern. The Commission also seeks an extension of the dates for: (i) the filing of any opposition to the order to show cause, now scheduled for October 25, 2018; (ii) the filing of a reply to any opposition, now scheduled for October 29, 2018; and (iii) a hearing on the Order to Show Cause, now scheduled for November 1, 2018. No previous requests for postponement have been made. As Mr. Kern cannot be located, he has not been consulted on this request.

Sincerely,

s/ Maureen Peyton King

GRANTED. The show cause hearing scheduled for November 1, 2018 is ADJOURNED *sine die*. By **November 30, 2018**, the Commission shall serve Defendant or advise the Court of its efforts.

SO ORDERED.

Dated: October 25, 2018
       New York, New York

ANALISA TORRES
United States District Judge