UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                    Plaintiff,<br><br>v.<br><br>JOHN B. KERN,<br><br>                                                    Defendant. | 1:18-mc-479-AT |

**[PROPOSED] ORDER TO SHOW CAUSE ISSUED UPON THE APPLICATION OF THE SECURITIES AND EXCHANGE COMMISSION FOR A DEFAULT JUDGMENT**

Upon the Application of the Securities and Exchange Commission (the "Commission") for a default judgment pursuant to Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), Federal Rule of Civil Procedure 55 and Local Rules 55.1 and 55.2, directing Kern to pay disgorgement in the amount of $234,577, prejudgment interest of $8,920 and a civil penalty of $100,000, and upon the Declaration of Maureen Peyton King, and it appearing that an Order to Show Cause should issue, it is hereby:

ORDERED, that the parties shall appear at a hearing to be held before the Hon. Analisa Torres, United States District Judge, at the D.P. Moynihan United States Courthouse, Courtroom 15D, 500 Pearl Street, New York, New York at _____ on _____, 2019, to show cause why the Commission's Application should not be granted.

**SO ORDERED.**

Dated:          _____, New York
                    _____, 2019

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE